PROB 12C
(7/93)

Report Date: August 29, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 29 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Wahsise            Case Number: 2:09CR02034-002

Address of Offender

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 12/17/2010

Original Offense:    Conspiracy, 18 U.S.C. § 371
                     Taking, Transporting, Offering and Selling Eagles, 16 U.S.C. § 668(a)
                     Forfeiture, 16 U.S.C. § 337

Original Sentence:   Prison - 6 Months                Type of Supervision: Supervised Release
                     TSR - 24 Months

Asst. U.S. Attorney: Timothy J. Ohms                  Date Supervision Commenced: 8/19/2011

Defense Attorney:    Jack W. Fiander                  Date Supervision Expires: 8/18/2013

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

**Supporting Evidence**: Mr. Wahsise failed to report to the U.S. Probation Office and submit his monthly report form within the first 5 days of July and August 2012, as directed.

On July 18, 2012, a late report letter was sent to Mr. Wahsise reminding him he failed to submit his monthly report form within the first 5 days of the month of July 2012. On July 26, 2012, this officer conducted a home visit at the defendant's residence. Mr. Wahsise was not home at the time of the visit and a message was left for the defendant to report to the probation office. Mr. Wahsise submitted a late report on July 30, 2012. On this same date, the defendant was reminded he would need to fill out August's monthly report form and agreed to return on August 6, 2012. Mr. Wahsise again failed to submit his monthly report form within the first 5 days of August 2012. Once again, a late report letter was sent, reminding the defendant of his obligation on August 14, 2012. As of August 28, 2012, Mr. Wahsise has yet to submit his monthly report form.

Prob12C
Re: Wahsise, William
August 29, 2012
Page 2

| | |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Wahsise was charged with driving under the influence and third degree driving while license suspended, Yakima County District Court, cause number 906464, on August 26, 2012.

Mr. Wahsise's next court hearing for this charge is set for September 10, 2012.

| | |
|---|---|
| 3 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |

**Supporting Evidence**: Mr. Wahsise was found under the influence of alcohol on August 26, 2012.

On August 28, 2012, this officer spoke with Mr. Wahsise via telephone. The defendant reported law enforcement contact and advised he was cited for driving under the influence and for driving while license suspended. Mr. Wahsise admitted he consumed approximately a dozen beers between the hours of 11:30 p.m. and 2:30 a.m. The defendant further advised he submitted to a breath test, which resulted in a reading of .153 percent blood alcohol content.

The Washington State Patrol narrative report has been requested.

| | |
|---|---|
| 4 | **Mandatory Condition # 6**: If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the criminal monetary penalties sheet of this judgment. |

**Supporting Evidence**: Mr. Wahsise has failed to make his special assessment payments as directed by his probation officer as of August 28, 2012.

On August 22, 2011, Mr Wahsise signed a payment agreement to make monthly payments towards his special assessment in the amount of $25 starting October 2011. Mr. Wahsise was reminded several times that he was behind on his payments and needed to come current. On July 30, 2012, the defendant was given his last warning to make a payment or his failure to comply would be reported to the Court. Mr. Wahsise agreed to make a payment on August 6, 2012. Mr. Wahsise failed to make a payment toward his special assessment obligation as directed as of August 28, 2012.

Prob12C
Re: Wahsise, William
August 29, 2012
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/29/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

August 29, 2012
Date