PROB 12C
(7/93)

Report Date: May 8, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 08 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William R Wahsise                     Case Number: 2:09CR02034-002

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 12/17/2010

Original Offense:       Conspiracy, 18 U.S.C. § 371

Original Sentence:      Prison - 6 Months                Type of Supervision: Supervised Release
                        TSR - 24 Months

Asst. U.S. Attorney:    Timothy J. Ohms                  Date Supervision Commenced: 8/19/2011

Defense Attorney:       Alison Klare Guernsey            Date Supervision Expires: 8/18/2013

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on August 29, 2012.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 5 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Mr. Wahsise tested presumptive positive for marijuana on April 26, 2013.<br><br>On April 26, 2013, Mr. Wahsise submitted to a urinalysis test at Merit Resources Services which returned presumptive positive for marijuana. On May 1, 2013, Mr. Wahsise reported to the probation office and admitted he smoked marijuana on April 24, 2013. |
| 6 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: Mr. Wahsise has failed to submit his monthly report form as directed for the month of March 2013. |

Prob12C
Re: Wahsise, William R
May 8, 2013
Page 2

On April 11, 2013, a late report letter was sent to Mr. Wahsise reminding him that he failed to submit his monthly report form for March within the first 5 days of the month of April 2013. On May 1, 2013, Mr. Wahsise did report to the probation office and submitted his late report. The defendant acknowledged he received his late report letter in the mail nonetheless, failed to submit or mail his monthly report form in a timely manner.

7   **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

**Supporting Evidence**: Mr. Wahsise has failed to be gainfully employed as of May 3, 2013.

Mr. Wahsise has been unemployed since mid November 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 8, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

Signature of Judicial Officer

5/8/13
Date