PROB 12C
(7/93)

Report Date: November 15, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 18 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William R Wahsise               Case Number: 0980 2:09CR02034-002

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 17, 2010

Original Offense:        Conspiracy, 18 U.S.C. § 371

Original Sentence:       Prison 6 months;                Type of Supervision: Supervised Release
                         TSR - 24 months

Asst. U.S. Attorney:     Timothy J. Ohms                 Date Supervision Commenced: May 17, 2013

Defense Attorney:        Alison Klare Guernsey           Date Supervision Expires: August 18, 2014

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: Mr. Wahsise failed to submit his monthly report form as directed within the first 5 days of the month November 2013.<br><br>As of November 15, 2013, Mr. Wahsise has yet to submit his monthly report form as directed. |
| 2 | **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Wahsise was discharged from drug and alcohol treatment at the Yakama Nation Alcoholism Program. |

Prob12C
Re: Wahsise, William R
November 15, 2013
Page 2

On November 5, 2013, a treatment status report was received from the Yakama Nation Alcoholism Program indicating Mr. Wahsise aborted his treatment program and was therefore discharged.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 15, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

11/18/13
Date