PROB 12C
(7/93)

Report Date: March 18, 2014

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

### for the

**MAR 1 8 2014**

### Eastern District of Washington

**SEAN F. McAVOY, CLERK**
_____ **DEPUTY**
**YAKIMA, WASHINGTON**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William R Wahsise          Case Number: 0980 2:09CR02034-002

Address of Offender: █████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 17, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy, 18 U.S.C. § 371 | | |
| Original Sentence: | Prison 6 months TSR - 24 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: | May 17, 2013 |
| Defense Attorney: | Alison Klare Guernsey | Date Supervision Expires: | August 18, 2014 |

===

### PETITIONING THE COURT

**To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on November 15, 2013.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |

**Supporting Evidence**: Mr. Wahsise failed to submit his monthly report form as directed within the first 5 days of the month of February and March 2014.

On February 12, 2014, a late report notice was mailed to Mr. Wahsise reminding him he needed to submit his monthly report form within the first 5 days of each month.  As of March 18, 2014, Mr. Wahsise has failed to submit his monthly report forms for the months of February and March 2014, as directed.

| | |
|---|---|
| 4 | **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
**Re: Wahsise, William R**
**March 18, 2014**
**Page 2**

**Supporting Evidence**: Mr. Wahsise failed to participate in drug and alcohol treatment at the Yakama Nation Alcoholism program on March 11, 2014.

According to Mr. Wahsise's drug and alcohol counselor, the defendant failed to attend counseling sessions for the entire month of January 2014. His counselor reported Mr. Wahsise attended a single counseling session on February 24, 2014. His next counseling session was scheduled for March 11, 2014, but the defendant failed to attend as instructed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 18, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Other

Signature of Judicial Officer

March 18, 2014

Date