PROB 12C
(7/93)

Report Date:  March 31, 2014

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William R. Wahsise                Case Number: 0980 2:09CR02034-002

Address of Offender: █████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 17, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy, 18 U.S.C. § 371 | | |
| Original Sentence: | Prison - 6 months<br>TSR - 24 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: | May 17, 2013 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: | August 18, 2014 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on November 15, 2013, and March 18, 2014.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #3**:  The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**:  Mr. Wahsise failed to report to the probation office as instructed by his probation officer on March 28, 2014.<br><br>On March 27, 2014, a home visit was conducted at Mr. Wahsise's residence.  Family members stated the defendant was asleep in a shed converted into a room.  This officer went to the shed and knocked on the door several times.  Mr. Wahsise did not answer.  This officer left a message with the defendant's father directing the defendant to report to the U.S. Probation Office on March 28, 2014, by 10 a.m.<br><br>On March 28, 2014, this officer received a call from Mr. Wahsise stating he received my message.  He was confronted as to why he has not reported to the probation office and his drug and alcohol treatment program for the past 2 months.  He indicated he did not wish to bother his family by asking them for a ride.  Mr. Wahsise further advised he does not intend to continue his drug and alcohol treatment program.  He was questioned if he was going to make it to the probation office today, as instructed.  He stated he needed to take care of his |

father who was intoxicated. I asked Mr. Wahsise when would be a good time for him to report to the probation office. He stated he would not be reporting. Mr. Wahsise was advised that his failure to report would result in this officer asking the Court to issue a warrant. His response was that would be fine, and Mr. Wahsise would be waiting to be picked up at his residence.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 31, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[XX]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

April 1, 2014

Date